<pre>
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
                             AT SEATTLE
</pre>

JOSEPH M. O'NEIL,                        )
                                         )
    Plaintiff,                          )   Case No. C04-1768-JCC
                                         )
    v.                                  )
                                         )
JO ANNE B. BARNHART,                     )   ORDER AFFIRMING
Commissioner of Social Security,         )   COMMISSIONER
                                         )
    Defendant.                          )
_____

The Court, having reviewed plaintiff's complaint, all papers and exhibits in support and in opposition to that complaint, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and

ORDER:

(1)   The Court adopts the Report and Recommendation;

(2)   The Court affirms the decision of the Commissioner of Social Security; and

(3)   The Clerk shall direct copies of this Order to all counsel and to Judge Benton.

DATED this 1st day of December, 2005.

*[signature: John C. Coughenour]*

UNITED STATES DISTRICT JUDGE

ORDER AFFIRMING COMMISSIONER
PAGE -1